Theodore Tylke and Mary Tylke, Appellees, v. Norwegian American Hospital, Inc. and Margaret Amundson, Defendants Below. Norwegian American Hospital, Inc., Appellant.

Gen. No. 42,695.

Heard in the second division, first district, this court at the June term, 1943; opinion filed March 8, 1944. C. E. Heckler, for appellant; Morris A. Haft, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.

Davis Personnel Service, Inc., Appellant, v. Josephine Kasper, Appellee.

Gen. No. 42,745.

Heard in the second division, first district, this court at the October term, 1943; opinion filed March 8, 1944. Sidney J. Goldstein, for appellant; no appearance for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.